```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 14661
   HELEN R BEASLEY
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1656


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 06/06/2008 and was not confirmed.

    The case was dismissed without confirmation 08/25/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------------

AARONS SALES              SECURED              500.00        .00             .00
AARONS SALES              UNSECURED         NOT FILED        .00             .00
CONSUMER PORTFOLIO SERV   SECURED VEHIC    17698.00          .00             .00
CONSUMER PORTFOLIO SERV   UNSECURED         NOT FILED        .00             .00
SANTANDER CONSUMER USA    SECURED VEHIC         .00          .00             .00
SANTANDER CONSUMER USA    UNSECURED         NOT FILED        .00             .00
ECONOMY INTERIORS         SECURED              100.00        .00             .00
ECONOMY INTERIORS         UNSECURED         NOT FILED        .00             .00
ASSET ACCEPTANCE          UNSECURED             646.69       .00             .00
AT&T LOAN TRADE           NOTICE ONLY       NOT FILED        .00             .00
BANK OF AMERICA NA        UNSECURED         NOT FILED        .00             .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED        .00             .00
COMCAST CABLEVISION       UNSECURED         NOT FILED        .00             .00
DS WATERS OF NORTH AMERI  UNSECURED         NOT FILED        .00             .00
DS WATERS OF NORTH AMERI  NOTICE ONLY       NOT FILED        .00             .00
PREMIER BANCARD CHARTER   UNSECURED             589.23       .00             .00
GLOBAL TELDATA            UNSECURED         NOT FILED        .00             .00
GLOBAL TELDATA            NOTICE ONLY       NOT FILED        .00             .00
MCI                       UNSECURED         NOT FILED        .00             .00
MCI COMMUNICATIONS        NOTICE ONLY       NOT FILED        .00             .00
PAY DAY LOAN              UNSECURED         NOT FILED        .00             .00
PAYDAY LOAN STORES OF IL  UNSECURED         NOT FILED        .00             .00
PAY DAY LOAN STORE        UNSECURED         NOT FILED        .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED        .00             .00
SALUTE/UTB                UNSECURED         NOT FILED        .00             .00
TCF NATIONAL BANK         UNSECURED         NOT FILED        .00             .00
TCF NATIONAL BANK         NOTICE ONLY       NOT FILED        .00             .00
TRIBUTE/FBOFD             UNSECURED         NOT FILED        .00             .00
GLEASON & GLEASON LLC     DEBTOR ATTY        3,500.00                     208.15
TOM VAUGHN                TRUSTEE                                          16.15
DEBTOR REFUND             REFUND                                          336.45

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 14661 HELEN R BEASLEY
```

```
----------------------------------------------------------------------
TRUSTEE                                      560.75

PRIORITY                                                          .00
SECURED                                                           .00
UNSECURED                                                         .00
ADMINISTRATIVE                                                 208.15
TRUSTEE COMPENSATION                                            16.15
DEBTOR REFUND                                                  336.45
                                       ---------------  ---------------
TOTALS                                       560.75            560.75
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 11/19/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 08 B 14661 HELEN R BEASLEY